UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24CR0751-TWR |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| PETER KHOUN, | |
| Defendant. | |

Upon motion of the United States of America pursuant to Federal Rule of Criminal Procedure 48(a),

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice in the interest of justice as to Defendant PETER KHOUN.

IT IS SO ORDERED AND ADJUDGED.

DATED: 12/10/25

Honorable Todd W. Robinson
United States District Judge